Chapter 13 W/Plan

(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ponder, Anita J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **xxx-xx-7350** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4950 S. Chicago Beach Drive #19A**<br>**Chicago, IL 60615** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7     ☐ Chapter 11     ☒ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9     ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative exp will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 100 |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,0<br>$100 milli |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,0<br>$100 milli |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/16/2004
Time: 15:05:28
Debtor: ANITA J PONDER
Case: 04-01861     Fee : 194
Chapter: 13 Rec. # : 3056718
Judge: John Squires
341 mtg: 02/12/2004 @ 03:00PM
ConfHrg: 03/03/2004 @ 10:30AM
Trustee: MARILYN MARSHALL

1:04BK01861-BK001

Official Form 1) (12/03)                                                                                    FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Ponder, Anita J.**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Signature_
Signature of Debtor **Anita J. Ponder**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_1/16/04_
Date

### Signature of Attorney

X _Signature_
Signature of Attorney for Debtor(s)
**Richard M. Fogel 3127114**
Printed Name of Attorney for Debtor(s)
**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
Firm Name
**321 N. Clark Street**
**Chicago, IL 60610**

Address
**312-541-0151  Fax: 312-980-3888**
Telephone Number
_1/16/04_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Signature_
Signature of Attorney for Debtor(s)        Date  _1/16/04_
**Richard M. Fogel 3127114**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Anita J. Ponder** _____

                            Debtor

Case No. _____

Chapter _____ **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 231,514.19 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 147,577.01 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 84.84 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 5,020.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,641.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 231,514.19 | | |
| Total Liabilities | | | | 152,682.07 | |

In re    **Anita J. Ponder**
_____

Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Anita J. Ponder**             Case No. _____

                         Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Location: 4950 S. Chicago Beach Drive #19A, Chicago IL** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Northern Trust #0005693128 50 S. LaSalle St. Chicago, IL 60675 Approximate balance** | - | 2,500.00 |
| | | **Shore Bank #92823200 7054 S. Jeffrey Blvd. Chicago, IL 60649-2096 Approximate balance** | - | 600.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Windsor at Ontario Place-Former landlord** | - | 2,300.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen utensils & appliances; 1 bedroom set; 1 small dining room table; 1 large rug; 9 small rugs; 10 magazine racks & baskets; 1 sectional couch; 2 stereos; 1 small sofa; 5 chairs; 1 desk & chair; 1 coffee table; 5 end tables; 1 table, dresser and small cabinet; general household goods; silk plants; linens; towels; magazines; flower vases; lamps** | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various art & travel books; collection of African American art (paintings, sculptures & pottery); decorative items** | | 15,000.00 |
| 6. Wearing apparel. | | **Miscellaneous clothing and shoes** | - | 2,000.00 |
| 7. Furs and jewelry. | | **Costume jewelry; 2 gold jewelry sets; beaver fur; oppossum lined raincoat; 2 mink coats; 2 muskrat coats; fox jacket; mink sweater; fur lined raincoat** | - | 4,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2 tourist cameras** | - | 35.00 |

Sub-Total >      29,535.00
(Total of this page)

**3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Anita J. Ponder**                               Case No. _____

                                      Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Merrill Lynch #541 52533**<br>**P.O. Box 1528**<br>**Pennington, NJ 08534-1528** | - | 2,361.19 |
| | | **First Clearing Corp. #6705-2370**<br>**c/o NatCity Investments, Inc.**<br>**325 N. Milwaukee Ave.**<br>**Libertyville, IL 60045** | - | 175,000.00 |
| | | **Vanguard Group** | - | 23,168.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

                                            Sub-Total >      **200,529.19**
                                         (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Anita J. Ponder**
_____

Case No. _____

Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1989 Honda Prelude | - | 1,250.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Fax machine, computer, telephone, various books, pens and pencils | - | 200.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    1,450.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Anita J. Ponder**                                              Case No. _____
_____
                                    Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|
|  | Total > | 231,514.19 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   '   **Anita J. Ponder**                                             Case No. _____
_____
                              Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☒ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                          been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                          period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                          is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Various art & travel books; collection of African American art (paintings, sculptures & pottery); decorative items | 735 ILCS 5/12-1001(b) | 2,000.00 | 15,000.00 |
| **Wearing Apparel** | | | |
| Miscellaneous clothing and shoes | 735 ILCS 5/12-1001(a) | 2,000.00 | 2,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Merrill Lynch #541 52533 P.O. Box 1528 Pennington, NJ  08534-1528 | 735 ILCS 5/12-704 | 2,361.19 | 2,361.19 |
| First Clearing Corp. #6705-2370 c/o NatCity Investments, Inc. 325 N. Milwaukee Ave. Libertyville, IL  60045 | 735 ILCS 5/12-704 | 175,000.00 | 175,000.00 |
| Vanguard Group | 735 ILCS 5/12-704 | 23,168.00 | 23,168.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1989 Honda Prelude | 735 ILCS 5/12-1001(c) | 1,200.00 | 1,250.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Fax machine, computer, telephone, various books, pens and pencils | 735 ILCS 5/12-1001(d) | 200.00 | 200.00 |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

Form B6D
(12/03)

In re   **Anita J. Ponder**                                                    Case No. _____

Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 7-16-98 | | | | | |
| Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | - | | Federal Tax Lien for 1994 All assets | | | | | |
| | | | | Value $               0.00 | | | | 95,722.61 | 95,722.61 |
| Account No. | | | | 3-15-98 | | | | | |
| Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | - | | Federal Tax Lien for 1996 All assets | | | | | |
| | | | | Value $               0.00 | | | | 46.08 | 46.08 |
| Account No. | | | | 7-16-98 | | | | | |
| Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | - | | Federal Tax Lien for 1997 All assets | | | | | |
| | | | | Value $               0.00 | | | | 51,808.32 | 51,808.32 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | Subtotal (Total of this page) | 147,577.01 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 147,577.01 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E
(12/03)

In re      **Anita J. Ponder**                                                                 Case No._____
                                    ─────────────────────────────────────
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                          ____**1**____ continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6E - Cont.
(12/03)

In re   **Anita J. Ponder** _____   Case No. _____

_____
Debtor ·

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | | | **9-18-2003**<br><br>**2002 income tax liability** | | | | 84.84 | 84.84 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 84.84 |
| Total (Report on Summary of Schedules) | | 84.84 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re    **Anita J. Ponder**                                                    Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Internal Revenue Service** <br> **Mail Stop 5010 CHI** <br> **230 S. Dearborn Street** <br> **Chicago, IL 60604** | - | | 9-8-97 <br> **1995 income tax liability** | | | | 0.01 |
| Account No. <br><br> **Internal Revenue Service** <br> **Mail Stop 5010 CHI** <br> **230 S. Dearborn Street** <br> **Chicago, IL 60604** | - | | 4-15-99 <br> **1998 Federal income tax liability** | | | | 2.11 |
| Account No. <br><br> **Internal Revenue Service** <br> **Mail Stop 5010 CHI** <br> **230 S. Dearborn Street** <br> **Chicago, IL 60604** | - | | 10-18-00 <br> **1999 Federal income tax liability** | | | | 18.10 |
| Account No. <br><br> **Windsor at Ontario Place** <br> **10 E. Ontario Street** <br> **Chicago, IL 60611** | - | | **Subject to setoff.** | | X | X | 5,000.00 |

**0** continuation sheets attached

| | |
|---|---|
| Subtotal <br> (Total of this page) | 5,020.22 |
| Total <br> (Report on Summary of Schedules) | 5,020.22 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

## SUPPLEMENT TO SCHEDULE F

The Debtor, a former partner at Altheimer & Gray ("A&G") from 1993-2001, is listing the following creditors of A&G for notice purposes only, and states that any and all claims asserted by such parties against the Debtor are unliquidated and will be disputed in these proceedings. Based on an analysis by the Debtor's counsel, certain A&G creditors whose claims would have arisen after Debtor left A&G, and all A&G partners, have not been listed as creditors.

1st First Legal
403 Jim Wright Freeway South
Suite 160
Fort Worth, TX  76108

A.M. Best Company
Ambest Road
Oldwick, NJ  08858

AAA Corporation Commercial Painting
10 South Wacker Drive
Suite 1965
Chicago, IL 60606

Abrams & Company, Inc
250 West 57Th Street
New York, NY 10107

Accent Medical Sales
498 N. Town Center Rd.
Mooresville, IN 46158

Hildebrandt International
Accounts Receivable
200 Cottontail Lane
Somerset, NJ  08873

Accurate Vision, Inc.
17939 Chatsworth Street #403
Granada Hills, CA 91344

Adams & Adams
1140 Prospect Street
Hartfield, Pretoria, South Africa

Adt Security Services, Inc.
2858 Banksville Rd.

Pittsburgh, PA 15216

Advantage Media
555 Skypark Drive
Scotts Valley, CA 95066

Ali-Aba
4025 Chestnut Street
Philadelphia, PA 19104

Ali-Aba Com. On Cont. Prof. Ed
4025 Chestnut Street
Philadelphia, PA 19104

Alliance Shorthand, Inc.
183 East Main Street
The Penthouse Suite- 15Th Floor
Rochester, NY 14604

American Lawyer Media
345 Park Avenue South
New York, NY 10010

Anchor Court Reporting Service
Norma Ann Hubert D/B/A
4714 Baker Woods Lane
Decatur, IL 62521

Aro Business Services-Chicago
200 West Adams, Lower Level
Chicago, IL 60606

Art Bookbinders Of America, Inc
451 N. Claremont Avenue
Chicago, IL 60612-1440

Art Guild Binders, Inc.
1068 Meta Drive
Cincinnati, OH 45237

Aspen Publishers, Inc.
7201 Mckinney Circle
Frederick, MD 21704

Associated Services Co.
1000 Beecher St.
San Leandro, CA 94577

At&T
Attn: At&T Bankruptcy Department
55 Corporate Drive, Room 23B50
Bridgewater, NJ 08807

At&T Global Network Services
7872 Collection Center Drive
Chicago, IL 60693

At&T Wireless (See Regular At&T)
Attn: At&T Bankruptcy Department
55 Corporate Drive, Room 23B50
Bridgewater, NJ  08807

Atkinson-Baker, Inc.
Main Office
330 N Brand Boulevard, Suite 250
Glendale, CA 91203

Bacon'S Information, Inc.
332 S. Michigan Avenue
Chicago, IL  60604

Baker Robbins & Company
1980 Post Oak Blvd.
Suite 1300
Houston, TX  77056

Blackburn & Jones Llp
1101 West River Street
Suite 220
Boise, ID 83707

Blinn & Soper, Inc.
Two Crystal Park
2121 Crystal Dr., Suite 703B
Arlington, VA 22202

Boise Cascade Office Products
150 E. Pierce Road
Itasca, IL  60143

Bowne Business Solutions
500 W. Madison, Suite 3300
Chicago, IL  60661

Bradford Systems, Inc.
8700 N. Waukegan Rd Suite 110
Morton Grove, IL 60053-2104

Business Laws, Inc.
11630 Chillicothe Rd.
Chesterland, OH 44026

California Chamber Of Commerce
1332 North Market Blvd.

Sacramento, CA 95834

Cbf, Inc.
101 Howard Street, Suite 380
San Francisco, CA 94105-1629

Cbiz Valuation Group, Inc.
1 South Wacker Drive
Suite 1700
Chicago, IL 60606

Cch Corsearch
233 Spring Street
New, NY 10013

CEO Deliveries, Inc.
500 W. Cermak
Suite 715 Box # 101
Chicago, IL 60616

CHA Patent Office
Changchung Building
186-41 2KA, Changchung-dong, Chung-ku
Seoul, Korea

Chem-Ware Corp.
317 Webster Ave. Suite 1
Brooklyn, NY 11230

Chicago Club, The
81 E. Van Buren
Chicago, IL  60605

Chicago Title Insurance Company
171 N. Clark  Mlc 2Ac
Chicago, IL 60601-3294

Choice Point, Inc.
Attn: Miriam Tanner
1000 Alderman Drive
Alpharetta, GA  30005

Choice Point, Inc.
Attn: Miriam Tanner
1000 Alderman Drive
Alpharetta, GA  30005

Columbia Books, Inc,
1825 Connecticut Avenue
Suite 625
Washington D.C., 20009

Computershare
33836 Treasury Center
Chicago, IL 60694-3800

Conference Call Service
Accounts Receivable
Suite 203
1450 Us Route 22 West
Mountainside, NJ 07092

Copy Corps
20 N Clark Suite 300
Chicago, IL 60602-4192

Corp-Link Services, Inc.
118 West Edwards Street
Suite 200
Springfield, IL 62704

Csc Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Cotsirilos, Tighe & Streicker,
33 North Dearborn St
Suite 600
Chicago, IL 60602

Courthouse News Service
30 N. Raymond
Suite 310
Pasadena, CA 91103

Cpa Marketing Group
4340 Cross Street
Downers Grove, IL  60515

CSC Networks
Attn: Melissa Layman
2711  Centerville Road Ste 400
Wilmington, DE 19808

Ct Corporation System
208 S. Lasalle Street, Suite 814
Chicago, IL  60604

Dan Mottaz Video Productions, Llc
182 Second Street, Suite 202
San Francisco, CA 94105

Data Center Services, Inc.

1408 Brook Drive
Downers Grove, IL 60515

Day & Associates, Inc.
740 Lomas Santa Fe Drive, Suite 207
Solana Beach, CA 92075

Dell Marketing L.P.
C/O Dell Usa L.P.
Department Chi4012
Palatine, IL 60055-4012

Delphion, Inc.
135 South La Salle
Department 6125
Chicago, IL 60674-6125

Demco
4810 Forest Run Road
Madison, WI 53704

Department Of Revenue - Chicag
121 N. Lasalle Street, Room 107
Chicago, IL 60602

Dow Jones Interactive
OCR Processing
200 Liberty Street
New York, NY 10281

Dun & Bradstreet Information S
899 Eaton Avenue
Bethlehem, PA 18025

Eko Marketing Company
2323 N. Milwaukee Ave.
Chicago, IL 60647

Elzaburu, S.A.
Miguel Angel, 21
28010
Madrid, Spain

Equifax
1600 Peachtree Street
Atlanta, GA 30303

Esquire Deposition Services
25A Vreeland Road, Suite 200
Florham Park, NJ 07932

Events Management, Inc.

888 Brannan Street
Suite 600
San Francisco, CA 94103

F. R. Kelly & Co.
27 Clyde Rd.
Dublin, 4, Ireland

Family Service Of Rochester, Inc.
30 N. Clinton Ave.
Rochester, NY 14604

Faxpat, Inc
5350 Shawnee Road
Suite 110
Alexandria, VA 22312

First American Title Insurance Co.
30 N. Lasalle Street
Suite 310
Chicago, IL 60602

Flash Cab Company
C/O United Dispatch Llc
709 North Main Street
Mount Prospect, IL 60056

Flowers By Arrangement
409 West Huron
Chicago, IL 60610

Fragomen, Del Rey & Bernsen, & Loewy
200 West Jackson Blvd.
Suite 1800
Chicago, IL 60606

Fraser Stamp & Seal
411 S. Wells St.
Chicago, IL 60607

Fred Kan And Company
3104-6, 31F., Central Plaza
18 Harbour Road
Hong Kong

Fti Corporation
Suite 600
333 West Wacker Drive
Chicago, IL 60603

Ge Capital Corporation
500 W. Monroe

Chicago, IL 60661

Genesis Technologies, Inc.
650 B Anthony Trail
Northbrook, IL 60062

Global I.P Net
564 Kaiola Street
Kihei, HI 96753

Global Securities Information, Inc
12034 Collections Center Drive
Chicago, IL 60693

Graham R. Taylor
23 Meadow Hill Dr.
Tiburan, CA 94920

Greenberg Traurig
One International Pl.,
3Rd Fl.
Boston, MA 02110

Gregg Investigations, Inc.
210 Dodge Street
Janesville, WI 53545

Harborview Consulting Services
3520 North Lake Shore Dr.
Apt. 12-E
Chicago, IL 60657

Heart Technologies, Inc.
211 Fulton Street
Suite 701
Peoria, IL 61602

Csfb Holt, F/K/A Holt Value Associates
Credit Suisse First Boston
Eleven Madison Avenue
New York, NY 10010

Houlihan Lokey Howard & Zukin
1930 Century Park West
Los Angeles, CA 90067-6802

Hr Comply
100 Executive Way
Suite 101
Ponte Verde, FL 32082

Hubbard One

4097 Collections Center Drive
Chicago, IL 60693

Hunter Medical Systems, Inc.
141 James Drive West
Saint Rose, LA 70087

Ikon Office Solutions
Central District-Chi
1570 Solutions Center
Chicago, IL 60677-1005

Illinois Institute For Continuing
Legal Education
2395 W. Jefferson St.
Springfield, IL 62702

Indiana University
Indiana University Libraries
Document Delivery Services-Ar
1320 E. 10Th Street
Bloomington, IN 47405-3907

Intels International Network S.A.
52 Rue Goethe, L-1637

Interpark
91144 Collection Center Drive
Chicago, IL 60693

Iron Mountain Off-Site Data Protection
745 Atlantic Avenue
Boston, MA 02111

It'S Your Serve
134 North Lasalle Street
Suite 1200
Chicago, IL 60602

J.A.F. Reporting
111 West Washington
Suite 1259
Chicago, IL 60602

J.E. Manzi & Associates, Inc.
826 Busse Highway
Park Ridge, IL 60068-2302

James Publishing, Inc.
3505 Cadillac Avenue, Suite H
Costa Mesa, CA 92626

Jane Grossman Reporting Services
3756 Grand Avenue, Suite 406
Oakland, CA 94610

Jeffer, Mangels, Butler & Marmaro Llp
Seventh Floor, 1900 Avenue Of The Stars
Los Angeles, CA  90067-4308

Jones Mc Clure Publishing, Inc
1113 Vine, Suite 240
Houston, TX  77002

Joyce Brothers
1915 Janice Ave.
Melrose Park, IL 60160

Juris Publishing, Inc.
71 New Street
Huntington, NY 11743

Lake Shore Reporting Service
67 E. Madison St
Suite 1515
Chicago, IL 60603

Law Journal Press
345 Park Avenue South
New York, NY 10010

Law Offices Of Williams & Connolly Llp
725 Twelfth Street, Nw
Washington, DC  20005-5901

Lawpress Corporation
22 Vista Terrace
Westport, CT 06880

Legal Marketing Association
1926 Waukegan Road, Suite 1
Glenview, IL 60025

Legal Research Systems, Inc.
1 Chelsea
Farmington, CT  06032

Lettering Specialists
8020 N. Lawndale Avenue
Skokie, IL 60076

Lexis Nexi Courtlink Inc.
13427 Ne 16Th Street
Suite 100

Bellevue, WA 98005

Lexis Nexis Document Solutions
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Lexis-Nexis
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Lithuania - Intels
Naugarduko 32/2
2600 Vilnius, Lietuva

Litza-Smith, Kathy
3545 N. Orange Ave.
Chicago, IL 60634

Loop Legal Copies
318 West Adams Suite 404
Chicago, IL 60606

McCorkle Court Reporters, Inc.
200 N. Lasalle St.
Suite 300
Chicago, IL 60601-1014

Metrocall, Inc.
6677 Richmond Highway
Alexandria, VA 22306

Midwest Medical Record Association
999 Plaza Drive
Suite 690
Schaumburg, IL 60173

Midwest Ach
230 S. Lasalle Street, Suite 700
Chicago, IL 60604

Mills Law Library & Quicksource
220 Montgomery Street, 1St Floor
San Francisco, CA 94104-3402

Montella-Bianco
39 Sutter Street
San Francisco, CA 94104

Moore Medical Corp.
389 John Downey Drive
New Britain, CT 06050

Morris, Nichols, Arsht
 & Tunnell
1201 N. Market St., Suite 1800
Wilmington, DE 19801

Mossner Idm ( Alfred Mossner Company)
200 N. Michigan Ave., 2Nd Fl.
Chicago, IL 60601

National Binding Supplies & Eq
350 Smoke Tree Business Park
North Aurora, IL 60542

National Consumer Law Center,
77 Summer Street, 10 Floor
Boston, MA 02110-1006

National Institute For Trial Advocacy
Notre Dame Law School
53550 Generations Drive
South Bend, IN 46635-1570

National Registered Agents, Inc.
51 Everett Drive
Suite 60
West Windsor, NJ 08550

Nor-Cal Moving Services(Allied Van Lines
2001 Marina Boulevard
San Leandro, CA 94577-3204

Novix Network Sprcialists, Inc
2000 W. Main Street
Unit J
St. Charles, IL 60174

Office Of The Secretary Of State
Lincoln Tower, Suite 200
520 South Second Street
Springfield, IL 62701

Office Resources
374 Congress Street
Boston, MA 02210-1807

One Bush Street
1 Bush Street
Suite 420
San Francisco, CA 94104

Onward Technologies
222 North La Salle Street

Suite 1150
Chicago, IL 60601

Orchids By Hausermann, Inc.
2N 134 Addison Road
Villa Park, IL 60181-1191

Pacer Service Center
P.O. Box 277773
Atlanta, GA 30384-7773

Park Hyatt San Francisco
333 Battery Street
San Francisco, CA 94111

Patent Awards
488 East Bell Drive
Warsaw, IN 46582

Patent Reproduction Company
26 "N" Street, S.E.
Washington, DC 20003

Patrick & Co.
611 Mission Street, 2Nd Floor
San Francisco, CA 94105

Pc World
501 Second Street, Suite 600
San Francisco, CA  94107

Pci Parking Concepts, Inc.
One Bush Street
San Francisco, CA 94104

Pitney Bowes
2225 American Drive
Neenah, WI  54956-1005

Pm Realty Group
712 Main Street
Suite 1500
Attn: Christine Yeo
Houston, TX 77002

Powers, Garrison & Hughes
600 Warner Center
332 5Th Avenue
6Th Floor
Pittsburgh, PA 15222

Practising Law Institute

810 Seventh Avenue
New York, NY 10019

Practitioners Publishing Compa
801 Cherry Street, Suite 1300
Fort Worth, TX 76102

Prentice Hall
C/O Pearson Education
Attn: Credit Department
200 Old Tappan Road
Old Tappan, NJ  07675

Pro Star
633 Skokie Blvd
Northbrook, IL 60062

Joanne M. Padgitt
Professionals Library Service,
765 Highland Grove Drive
Buffalo Grove, IL  60089

Project Leadership Associates
250 S. Wacker Drive
Suite 345
Chicago, IL 60606

Qwest
5101 Interchange Way
Louisville, KY 40229

Record Copy Services
Attn: Bernice Tymec
30 N. Lasalle
18Th Floor
Chicago, IL 60602

US Copyright Office
Register of Copyrights
101 Independent Ave., SE
Washington, D.C.  20559-6000

Regulatory Sciences International
1800 Diagonal Road,
Suite 500
Alexandria, VA 22314-2808

Reinhold Cohn And Partners
P.O.B. 4060
Tel Aviv 61040 Israel

Research Institute of America

155 Pfingsten Road
Deerfield, IL 60015

Saint Island
7Th Floor No. 248, Section 3
Nanking East Road
Taipei  Taiwan, R.O.C.

San Francisco Legal Copy
100 California Street, Suite B-10
San Francisco, CA 94104

San Francisco Tax Collector
City Hall, Rm. 140
1 Dr. Carlton Goodwin Place
San Francisco, CA 94120

Sandwichdirect.Com
369 Pine St. Suite 310
San Francisco, CA 94103

Siemens Enterprise Networks, L
400 Reinhart
Lake Mary, FL  32746

Silver Bullet
1740 Cesar Chavez
San Francisco, CA 94124

Sonntag Reporting Service, Ltd
Suite G
1035 East State Street
Geneva, IL 60134

Sos Technologies
5080 N. Elston Ave.
Chicago, IL 60630-2427

Sourcecorp Healthserve
3232 Mckinney Avenue
Suite 1000
Dallas, TX 75204

Specialty Technical Publishers
Unit 10, 1225 East Keith Road
North Vancouver, B.C.
V7J1J3

Specialty'S Cafe & Bakery
3730 Mt. Diablo Blvd. Suite 345
Lafayette, CA 94549-3641

Sterling Service Group
1150 Ensell Rd.
Lake Zurich, IL 60047

Stornet
7388 S. Revere Parkway, Ste. 1003
Centennial, CO 80112

Sv Technology, Inc.
140 Geary Street
5Th Floor
San Francisco, CA 94108

Tantlinger & Associates
8391 East Washington Street
Chagrin Falls, OH 44023

Taylor/Price Attorney Service
600 Bryant Street
San Francisco, CA 94107

The Foster Group, Inc
180 N. Michigan Suite 2000
Chicago, IL 60601-7455

The Plant Escape
1270 30Th Avenue
San Francisco, CA 94122

Thomson & Thomson
500 Victory Road
North Quincy, MA 02171-3145

Thomson Media
One State Street Plaza, 27Th Floor
New York, NY 10004

T-Mobile
Legal Department
12920 Se 38Th Street
Bellevue, WA 98006-1350

Tmp Worldwide Ltd
622 Third Avenue
New York, NY 10017

Tnt Usa, Inc.
3 Huntington Quadrangle, Suite 201
South Melville, NY 11747

Trial Graphix
155 Ne 40Th Street

Miami, FL 33137

U.S. Fire & Safety Equipment Company
6542 N. Milwaukee Ave.
Chicago, IL 60631

Uniscribe Professional Service
200 Connecticut Avenue
Wilton, CT 06854

United Parcel Service
55 Glenlake Parkway, NE
Atlanta, GA 30328

V3 Consultants, Ltd. Of Illinois
7325 Janes Ave.
Suite 100
Woodridge, IL 60517

Vahl Reporting Service
110 N. West Street
Waukegan, IL 60085

Video Monitoring Services Of A
330 W. 42nd Street
New York, NY 10036

Want Publishing Co.
Graybar Building - Grand Central
420 Lexington Ave., Suite #300
New York, NY 10170

Werner Printing, Inc.
565 W. Randolph St.
Chicago, IL 60661

West Group Payment Center
610 Opperman
Eagan, MN 55123

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103-4015

Wiley, John & Sons, Inc.
1 Wiley Drive
Somerset, NJ 08875

Winkler & Chiminiak, Ltd.
200 N. Dearborn St.
Suite 2502
Chicago, IL 60601

Winkler & Chiminiak, Ltd.
200 N. Dearborn St.
Suite 2502
Chicago, IL 60601

Xerox Corporation
125 S. Wacker Drive, Suite 1850
Chicago, IL 60606

Yellow Cab Cooperative
1200 Mississippi
San Francisco, CA 94107

Zeughauser Group
537 Newport Center Drive Ste 311
Newport Beach, CA 92660

Lapointe Rosenstein
Agents De Marques De Commerce
1250 Boul. Rene-Levesque Ouest
Bureau 1400
Montreal, Quebec  H3B 5E9

Mccarthy Tetrault Llp
Le Windsor
1170 Peel Street
Montreal Quebec  Canada  H3B 4S8

American Bar Association
750 North Lake Shore Drive
Chicago, IL  60611-4497

Law Journal Newsletters
C/O American Lawyer Media
1617 Jfk Boulevard, Suite 1750
Philadelphia, PA  19103

Loyens Advocaten Avocats
Woluwe Atrium
Neerveldstraat 101-103
B-1200 Brussels Belgium

Lex, S.A.
La Habana 4, Cuba
C.P. 10400
Apartado Postal 4212

Law Bulletin Publishing Company
415 North State Street
Chicago, IL  60610

Lsc Photocopy, Llc
1585 N. Fourth St. Suite A
San Jose, CA  95112

AJ Park
Huddart Parker Building
1 Post Office Square
P.O. Box 949
Wellington  New Zealand

Merlyn J. Jenkins & Associates, Inc.
412 West Market Street
Pottsville, PA 17901

Mercer Human Resource Consulting
Mercury Court
Tithebarn Street
Liverpool England L2 2Qh

Mk Communications
350 West Hubbard Street
Suite 200
Chicago, IL  60610

Illinois State Library
Illinet/Oclc Accounting
300 S. Second Street Rm. 310
Springfield, IL  62701

Oneal Websteroneal Myers Fletcher&Gordon
30 Decastro Street Road Town
Tortola British Virgin Islands

Pobiador Azada & Bucoy
21St Floor Chatham House
116 Valero Corner V.A. Rufino Streets
Salcedo Village, Makati City  1227
Philippines

Property Insight Llc
171 N. Clark Street M! 02Ac
Chicago, IL  60601

Pioneer Press
3701 West Lake Avenue
Glenview, IL  60025

Patentservis Praha A.S.
Jivenska 1273/1, 140 21 Praha 4
Ceska Republika

Reed Technology And Information Services

17 Gibraltar Road
Horsham, PA 19044

Ria Group
117 East Stevens Avenue
Valhalla, NY 10595

Shoemaker And Mattare, Ltd
2001 Jefferson Davis Highway, Suite 1203
Arlington, VA 22202-0286

S.C. Cabinet Morelle & Bardou
B.P. 53
9 Av De L'Europe
Parc Technologique Du Canal
31527 Ramonville Cedex

Smart Document Solutions, Llc
120 Bluegrass Valley Parkway
Alpharetta, GA 30005

Swabey Ogilvy Renault
1981 Mcgill College, Suite 1600
Montreal, Quebec Canada H3A 2Y3

Sysco Food Services
22232 Network Place
Chicago, IL 60673-1222

Sim & Mcburney/Sim Hughes Ashton & Mckay
330 University Avenue, 6Th Floor
Toronto, Ontario
Canada M5G 1R7

Spruson & Ferguson
St. Martins Tower
31 Market Street
Sydney Nsn 2000 Australia

Specialty Technical Publishers
#8 14Th Street
Blaine, WA 98230

The Sidwell Company
675 Sidwell Court
St. Charles, IL 60174-3492

The American Law Institute
4025 Chestnut Street
Philadelphia, PA 19104-3099

Troika Design, Inc.

1991 Corporate Square Drive
Unit 167
Longwood, FL 32750

Thompson Publishing Group, Inc.
8130 Anderson Road, Suite 300
Tampa, FL 33624

University Of Illinois At Chicago
1900 Student Services Building
1200 W. Harrison St.
Chicago, IL 60607-2025

Verbatim Reporting Service, Llc
2 East Mifflin Street
Suite 102
Madison, WI 53703

Uhtoff, Gomez Vega & Uhtoff, S.C.
Hamburgo No. 260
06600 Mexico, D.F.

Victor Vargas-Valenzuela
Apartado Postal 1888
1000 San Jose, Costa Rica

Wilmington Trust
3993 Howard Hughes Parkway
Suite 250
Las Vegas, NV 89109

Willoughby & Partners
The Isis Building
Thames Quay
193 Marsh Wall
London E14 9Sg United Kingdom

Zobella & Co.
Suites 1008-1009 Paragon Place
Edsa Cor. Reliance St.
St. Mandaluyong City 1554
Dapo 1300 Philippines

Zacco Norway AS
Karl Johans Gate 25
N-0159 Oslo, Norway

Dell Inc.
One Dell Way, Rr1-Msc 8052
Round Rock, TX 78664

D.P. Ahuja & Co

53 Syed Amir Ali Avenue
Calcutta 700 019 India

Deacons
5Th Floor Alexandra House
16-20 Chater Road Central
Hong Kong Dx-009010 Central 1

Danubia
16 Bajcsy-Zs. Ut
Budapest, H-1051 Hungary

Dwight & M.H. Jackson
205 W. Randolph St.
Chicago, IL  60606

State Of Delaware
Carvel State Office Bldg.
820 N. French St., 4Th Floor
Wilmington, DE  19801

Accounting Automation Consultants
150 Main Street
Chatham, NJ 07928

Abm Lakeside
135 S. Lasalle St.
Department 1540
Chicago, IL 60674

American International Group, Inc.
70 Pine St.
New York, NY  10270

Airborne Express
601 West Harrison Street
Chicago IL 60607

Arnold H. Landis
77 West Washington Street
Suite 702
Chicago, IL 60602

Bowman Gilfillan John & Kernick
Kernick House, Howick Close
Waterfall Park
Midrand, South Africa

Baker & Mckenzie
Sadovaya Plaza, 11Th Floor
7 Dolgorukoviskaya Street
Moscow, 127006, Russia

Chicago Tribune
777 W. Chicago Ave.
Chicago, IL  60610

Corpex Banknote Company
1440 Fifth Avenue
Bayshore, NY 11706

Cavelier Abogados
Edificio Siski
Carrera 4 No. 72-35
Bogota 8, Columbia

Cross-Cultural Interpreting Services
4750 N. Sheridan Road, Suite 376
Chicago, IL 60640

Altschuler, Melvoin and Glasser
One S. Wacker Drive
Chicago, IL  60606

DLZ Industrial, LLC
249 Steel Drive
Chesterton, IN  46304

Drew & Napier Llc
20 Raffles Place #17-00
Ocean Towers
Singapore  048620

Delphia (Thomson West)
610 Opperman Drive
Eagan, MN  55123

Express Mail
Supv Window Services
Chicago Central
433 W. Harrison, Floor 2
Chicago, IL  60607-9998

Fraser Milner Casgrain Llp
1 First Canadian Place
100 King Street West
Toronto, Canada M5X 1B2

Gorodissky & Partners
B Spasskaya Str., 25 Stroehle 3
Moscow 129010, Russia

Global White Page
One Cathedral Street

London Bridge
London Se1 9De England

Grant Thornton Llp
1901 South Meyers Road
Suite 455
Oakbrook Terrace, IL  60181-5243

H.A.C.I.A.
901 W. Jackson Blvd., Suite 205
Chicago, IL  60607

International Patent & Trademark Office
WIPO
34, chemin des Colombettes
Geneva, Switzerland

ICLE
2395 West Jefferson
Springfield, IL  62702

Jasculca/Terman And Associates, Inc.
730 North Franklin Street
Suite 510
Chicago, IL  60610

Johnson Stokes & Master
16Th-19Th Floors Prince'S Building
10 Chater Road
Central Hong Kong

Ing. Barzano' & Zanardo
20121 Milano
Via Borgonuovo Milan Italy

Karanovic & Nikolic
Lepenioka 7, 11000
Belgrade Yugoslavia

Csc Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

Comed
10 S. Dearborn, 35Th Floor
Chicago, IL  60603

American International/Assigned Risk
C/O Caine & Weiner
1100 East Woodfield Road
Schaumburg, IL  60173

Conyers Dill & Pearman
2 Church Street
Hamilton, HM CX, Bermuda

Clarke, Modet & Co Brazil
Rua Lauro Muller, 116
Gr. 3906 Torre Rio Sul
Rio De Janeiro/Rj- Brasil 22290-160

Clarke, Modet & Co. Mexico
San Francisco 310
Col Del Valle
03100 Mexico D.F.  Mexico

CCH, Inc.
4025 W. Peterson Ave.
Chicago, IL 60646-6085

Equity Office Management Llc
Two North Riverside Plaza
Chicago, IL 60606

Alps Construction
35 E. Wacker Drive
Suite 2100
Chicago, IL 60606

Reprint Associated Services Co.
1000 Beecher Street
San Leandro, CA 94577

Certified Personnel
2000 Powell Street, Suite 1025
Emeryville, CA 94608-1804

SBC/Ameritech
Bankruptcy Department
P.O. Box 981268
West Sacramento, CA 95798

Fast Track Litigation Support
80 Grand Ave., 5Th Floor
Oakland, CA 94612

Western Messenger Service, Inc.
75 Columbia Square
San Francisco, CA 94103-4015

Fedex
2005 Corporate Avenue, 2Nd Floor
Memphis, TN 38132-1702

Abc Process Service
4617 Sycamore Street
Dallas, TX 75204

Borden Ladner Gervais Llp
World Exchange Plaza
100 Queen Street, Suite 1100
Ottowa, Ontario, K1P 1J9 Canada

Trial Solutions, Inc.
29 S. Lasalle, Suite 736
Chicago, IL 60603

Cavalier Abagados
Edificio Siski, Carrera 4 No. 72-35
Bogota 8, Columbia

Encompass Electrical Technologies
5900 Howard Street
Skokie, IL 60077

Internet Security Systems
6303 Barfield Rd.
Atlanta, GA 30328

Knowles Publishing, Inc.
5535 Airport Fwy
Fort Worth, TX 76117

Keating & Walker Attorney Service, Inc.
One Beekman Stret, Suite 406
New York, NY 10038

The Patent Place
2001 Jefferson Davis Hwy
Suite 411
Arlington, VA 22202

Somas
11444 W. Olympic Blvd., Ste. 750
West Los Angeles, CA 90064

Bolet & Terrero
Av. Francisco De Miranda
Edifcio Cavendes, Piso 12
Los Palos Grandes, Caracas-Venezuela

Bolet & Terrero
Av. Francisco De Miranda
Edifcio Cavendes, Piso 12
Los Palos Grandes, Caracas-Venezuela

Pricewaterhousecoopers
Tour Aig-34, Place Des Corolles
92908 Paris La Defense Cedex
France

The Balsamo/Olson Engineering Company
4906 Main Street, Suite 101
Lisle, IL 60532

King Sturge
7 Stratford Place
London W1C 1St, Uk

Prudential Property Investment Managers
Princeton House, 271/273 High, Holborn
London Wc1V 7Ne, Uk

LaSalle Bank National Association
135 S. Lasalle St.
Chicago, IL  60603

American Express
ACCT #3782-857462-01003
Travel Related Services Co. Inc.
Suite 0001
Chicago, IL 60679-0001

American Express Tax & Business Services
One South Wacker Drive
Chicago, IL 60606

Aramark Uniform Services, Inc.
2334 South Michigan
Chicago, IL 60616

Arrow Messenger
1322 W. Walton St.
Chicago, IL 60622

Automatic Data Processing
ATTN:  Ruth Leary
100 Northwest Point Blvd.
Elk Grove Village, IL 60007

Bernan
4611-F Assembly Drive
Lanham, MD 20706-4391

Brook Furniture Rental
135 South LaSalle Street
Dept. 311
Chicago, IL 60674-3111

Brownstone Publishers, Inc.
149 Fifth Avenue
16th Floor
New York, NY 10010-6801

Chambers and Partners
Saville House
23 Long Lane
London EC1A 9HL
United Kingdom

Clas Information Services
1425 River Park Drive
Suite 110
Sacramento, CA 95815-4508

CoreNet Global
260 Peachtree NW
Suite 1500
Atlanta, GA 30303

DecisionQuest
2050 West 190th Street
Suite 205
Torrance, CA 90504

Deloitte & Touche
Bank of America
4205 Collections Center Drive
Chicago, IL 60693

DHL Airways
P.O. Box 78106
Phoenix, AZ 85062

Dialog Corporation
11000 Regency Parkway
Suite 10
Cary, NC 27511

Dick Stone Communications, Inc.
1954 First Street
PMB 196
Highland Park, IL 60035

Double Title Company
415 East Eighth Street
Traverse City, MI 49585

Drake Beam Morin, Inc.
100 Park Avenue

New York, NY 10017

Dubron and Associates
16760 Stags Street
Suite 2001
Van Nuys, CA 91406

Gensler
Bank of America
004549 Collection Center Drive
Chicago, IL 60693

GEO CEL International
620 Congress
Suite 320
Austin, TX 78701

Global I.P Net
564 Kaiola Street
Kihei, HI 96753

Gremley & Biedermann, Inc.
4505 N. Elston Ave.
Chicago, IL 60630

Heart Technologies, Inc.
211 Fulton Street
Suite 701
Peoria, IL 61602

Heartland Alliance
4750 N. Sheridan Road
Suite 376
Chicago, IL 60640

IDEMSA/Poligono Industrial 'micdomedes G
40140 Valverde Del Majano
Segovia
Spain

Institutional Investor Inc.
225 Park Avenue South
New York, NY 10003

International Council of Shopp
P.O. Box 26958
New York, NY 10087-6958

Jenner & Block
One IBM Plaza
Chicago, IL 60611-7602

JMB Insurance Agency, Inc.
900 N. Michigan Avenue
Suite 1200
Chicago, IL 60611-1584

Jonathon Hersey
1 Bush Street
Suite 1200
San Francisco, CA 94104

Lapointe Rosenstein
Agents De Marques De Commerce
1250 Boul. Rene-Levesque Ouest
Bureau 1400
Montreal, Quebec H3B 5E9

MAC RAE & Co.
222 Somerset Street West
Suite 600
Ottawa, Ontario
Canada K2P 2G3

Manual Industrial Property
Postbox 15140
NL-3501 BC
Utercht
Canada K2P 2G3

MCI (formerly WorldCom)
20855 Stone Oak Parkway
San Antonio, TX 78258

Morning Star Holdings Limited
Hunkins Waterfront Plaza
Charles Town, Nevis
West Indies

Nixon Art Associates, Inc.
333 N. Michigan Ave.
Suite 3500
Chicago, IL 60601

Notary Public Association
7223 Inverway
Crystal Lake, IL 60014

Ntl Assn Of Insurance Commissioners
2301 Mcgee Street, Suite 800
Kansas City, MO 64108-2662

O'Hare-Midway
1419 Lake Cook Road

Deerfield, IL 60015

Patent Illustration, Inc.
5950 Doyle Street
Studio 2
Emeryville, CA 94608-2507

Pro Star
633 Skokie Blvd.
Northbrook, IL 60062

Qualstar
3990-B Heritage Oak Court
Simi Valley, CA 93063

SBC/Ameritech
Bankruptcy Department
P.O. Box 981268
West Sacramento, CA 95798

Shari Moss & Associates
2382 Fifteenth Avenue
2nd Floor
San Francisco, CA 94116

Simplex Investments
3724 N. Sheffield
Apt. 1
Chicago, IL 60613

SoftChoice Corporation
314 W. Superior
Suite 301
Chicago, IL 60610

Softwise Consulting Services
53 Hamilton Avenue
Staten Island, NY 10301-1807

State Bar of Wisconsin
5302 Eastpark Blvd.
Madison, WI 53718-2101

Susanne F. Goldman
c/o William F. Tueting
Chapman & Cutler LLP
111 W. Monroe Street
Chicago, IL 60603

Tanner O.C.
1930 S. State Street
Salt Lake City, UT 84115-2383

The Glen Club
2901 West Lake Avenue
Glenview, IL 60025

The Judicial Sales Corporation
33 N. Dearborn Street
Chicago, IL 60602

The Tower Club
P.O. Box 91769
Chicago, IL 60693

United States Postal Service
Wacker Drive Postal Store
233 S. Wacker Dr., Suite LL1A
Chicago, IL 60606-9997

Uptime Resources
1746 18th Street
San Francisco, CA 94107-2343

Walsh Envelope Company
813 Bethel Avenue
Aston, PA 19014

William S. Hein & Co., Inc.
Primus Inter Pares
1285 Main Street
Buffalo, NY 14209

Workplace Ink, Incorporated
226 S. Wabash
Suite 801
Chicago, IL 60604-2319

World Telecommunication Database
United Telecom Trust
c/o P.O. Box 1651
CH-8026 Zurich
Switzerland

In re    **Anita J. Ponder**                                                                 Case No. _____
_____
                                    Debtor

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
            schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

_**0**___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Anita J. Ponder**                                                    Case No. _____
                          _____
                                          Debtor

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Partners of Altheimer & Gray**<br>   **To the extent that any liabilities of Altheimer &**<br>**Gray are determined to be liaibilities of the debtor,**<br>**she reserves her rights, including but not limited**<br>**to contribution and indemnification, against all**<br>**other former partners of the firm** | |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6I
(12/03)

In re **Anita J. Ponder** _____ Case No. _____

Debtor

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Lawyer** | |
| Name of Employer | **Quarles & Brady** | |
| How long employed | **18 months** | |
| Address of Employer | **500 W. Madison Street Suite 3700 Chicago, IL 60661** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 16,666.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 16,666.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 3,915.00 | $ N/A |
| b. Insurance | $ 160.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify) 401(k) | $ 2,000.00 | $ N/A |
| | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 6,075.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 10,591.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 50.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 10,641.00 | $ N/A |
| TOTAL COMBINED MONTHLY INCOME | $ 10,641.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re __Anita J. Ponder_____   Case No. _____
                                                  Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| Rent/assessment for co-op | | | $ 2500.00 |
| Are real estate taxes included? | Yes ___ | No _X_ | |
| Is property insurance included? | Yes _x_ | No ___ | |
| Utilities:   Electricity and heating fuel | | | $ 60.00 |
|     Water and sewer | | | $ 0.00 |
|     Telephone | | | $ 250.00 |
|     Other | | | $ 40.00 |
| Home maintenance (repairs and upkeep) | | | $ 100.00 |
| Food | | | $ 600.00 |
| Clothing | | | $ 350.00 |
| Laundry and dry cleaning | | | $ 380.00 |
| Medical and dental expenses | | | $ 200.00 |
| Transportation (not including car payments) | | | $ 400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ 200.00 |
| Charitable contributions | | | $ 200.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
|     Homeowner's or renter's | | | $ 70.00 |
|     Life | | | $ 0.00 |
|     Health | | | $ 0.00 |
|     Auto | | | $ 100.00 |
|     Other | | | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
|     (Specify)   Estimated income tax payments | | | $ 1000.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
|     Auto | | | $ 0.00 |
|     Other | | | $ 0.00 |
|     Other | | | $ 0.00 |
|     Other | | | $ 0.00 |
| Alimony, maintenance, and support paid to others | | | $ 0.00 |
| Payments for support of additional dependents not living at your home | | | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ 0.00 |
| Other   Political contributions | | | $ 400.00 |
| Other   Client entertainment | | | $ 1000.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)   | $ 7,850.00 |

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. | Total projected monthly income | $ 10,641.00 |
| B. | Total projected monthly expenses | $ 7,850.00 |
| C. | Excess income (A minus B) | $ 2,791.00 |
| D. | Total amount to be paid into plan each   **Month** | $ 2,791.00 |
| | (interval) | |